UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RADE KONSTANTIN,

        Plaintiff,

-against-

NORGUARD INSURANCE COMP.,

        Defendant.

Civil Case No.: 1:22-cv-05049-FB-RER

STIPULATION

---

**WHEREAS**, Counsel for Plaintiff Rade Konstantin has represented on the record that the amount in controversy in the above captioned matter does not exceed the sum or value of $75,000, exclusive of interest and costs.

**WHEREFORE IT IS STIPULATED AND AGREED**, that the Clerk remand the above captioned matter to the Supreme Court of the State of New York, Queens County. Index 706234/2022.

Dated: New York, New York
      October 19, 2022

By: _____
Michael N. David, Esq.
*Attorneys for Plaintiff*
14 Wall Street, 20th Floor
New York, New York 10005
Tel.: (212) 363-1997
E-Mail: mdneglaw@aol.com

By: _____
Brian J. Carey, Esq.
A. Augustus LaSala, Esq.
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
*Attorneys for Defendant*
Brookfield Place
225 Liberty Street, 36th Floor
Tel.: (212) 483-9490
New York, New York 10281
E-Mail: bjcarey@mdmc-law.com
          alasala@mdmc-law.com

**SO ORDERED:**

_____
Frederic Block, U.S.D.J.

1